IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEMETRI KELLEY,                  )
                                 )
     Plaintiff,                  )
                                 )
v.                               )     CIVIL ACTION NO.
                                 )      2:12cv564-MHT
VENTURE EXPRESS, INC.,           )         (WO)
and ALLEN'S CARTAGE, INC.,       )
                                 )
     Defendants.                 )
```

<u>JUDGMENT</u>

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) The joint motion for approval of settlement agreement, payments, and dismissal with prejudice (doc. No. 28) is granted.

(2) The settlement agreement is approved with the modifications set forth in the accompanying opinion.

(3) This lawsuit is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    This case is closed.

    DONE, this the 8th day of May, 2013.


                     _____/s/ Myron H. Thompson_____
                     UNITED STATES DISTRICT JUDGE